AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

**FILED**

October 25, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Natasha Martinez

DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  SA:23-MJ-1502 |
| Nathan Tyler Padilla | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 25, 2023 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C §922(g)(1) | Felon in possession of ammunition. |
| | Penalties: Up to 15 years imprisonment, a fine not to exceed $250,000, or both such fine and imprisonment, and a period of supervised release of not more than 3 years. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

MOHAMED SHAWKAT   Digitally signed by MOHAMED SHAWKAT
Date: 2023.10.25 16:20:30 -05'00'

*Complainant's signature*

SA Mohamed Shawkat, ATF

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically.

Date: October 25, 2023

*Judge's signature*

City and state:  San Antonio, Texas

HENRY J. BEMPORAD, U.S. MAGISTRATE JUDGE

*Printed name and title*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Mohamed Shawkat, being duly sworn do hereby depose and state:

1.  Your Affiant is currently employed as a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since April 2021 and is currently assigned to the San Antonio Field Office. Prior to April 2021, your Affiant was employed as an Undercover Narcotics Detective for the City of Virginia Beach. Your Affiant has a combined total of over 9 years of law enforcement experience and training with experience in investigations concerning violations of Title 18.

2.  On Wednesday, October 25, 2023, ATF executed a federal search warrant (SA:23-MJ-01480) on 707 South East Loop 410 APT 4102, in San Antonio, in the Western District of Texas. **Nathan Tyler PADILLA** was present at the location of the search warrant. A search of the residence revealed a kitchen bag in the hallway closet which contained a silver Smith and Wesson magazine that contained 5 rounds of ammunition.

3.  **PADILLA** was transported to the ATF San Antonio field office where he received and acknowledged his Miranda warnings. **PADILLA** took ownership of the ammunition and stated the trash bags were from him cleaning out a vehicle he wrecked.

4.  An ATF interstate nexus examination found all 5 rounds of ammunition were not manufactured in the state of Texas, and therefore traveled in interstate and/or foreign commerce.

5.  A search of **PADILLA's** criminal history revealed that **PADILLA** is a convicted felon. **PADILLA** was previously convicted of Evading Arrest/Detention With Vehicle on August 16, 2023, and sentenced to two years imprisonment, under Bexar County cause number 2023CR0523. The court records reflected that **PADILLA** was present with counsel reference the listed felony conviction.

6. Based on the above facts, your affiant believes there is probable cause that **Nathan Tyler PADILLA** is a convicted felon who possessed a firearm in violation of 18 U.S.C. §922(g)(1).


MOHAMED SHAWKAT

Digitally signed by MOHAMED SHAWKAT
Date: 2023.10.25 16:20:55 -05'00'

Special Agent Mohamed Shawkat
Bureau of Alcohol, Tobacco, Firearms and
Explosives


SUBSCRIBED AND SWORN TELEPHONICALLY ON THIS __25th__ DAY OF October 2023.


HONORABLE HENRY J. BEMPORAD
United States Magistrate Judge