AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

**FILED**
DEC -1 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Adrian Luis Fernandez | ) Case No. | SA:23-CR-00598-FB(3) |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

U.S. RE[CEIVED]
NOV 16 2023
SAN ANTONIO, TX
ENFORCEMENT SECTION

U.S. MARSHALS
RECEIVED
NOV 16 2023
SAN ANTONIO, TX
ENFORCEMENT SECTION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Adrian Luis Fernandez,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 18 U.S.C. § 933 - Conspiracy to Traffic Firearms
COUNT 5: 26 U.S.C. § 5861(d) - Possession of Unregistered Firearm
COUNT 6: 18 U.S.C. § 922(o) - Possession of a Machinegun
COUNT 7: 18 U.S.C. § 922(j) - Possession of Stolen Firearms

Date: 11/15/2023

*Rose Rodriguez*
Issuing officer's signature

City and state: San Antonio, Texas

Rose Rodriguez, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11.16.23, and the person was arrested on *(date)* 11.21.23
at *(city and state)* San Antonio, TX by ATF.

Date: _____

*Gerardo Avina*
Arresting officer's signature

Gerardo Avina, DUSM
*Printed name and title*